# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CONRAY CARROLL**  PETITIONER
**ADC #110901**

**V.**  **CASE NO. 4:20-CV-531-BRW-BD**

**DEXTER PAYNE, Director,**
**Arkansas Department of Correction**  RESPONDENT

## ORDER

I have received the Recommended Disposition filed by Magistrate Judge Beth Deere. After careful review of the Recommended Disposition, Mr. Carroll's objections, and a de novo review of the record, I approve and adopt the Recommendation in all respects.

Accordingly, Mr. Carroll's petition for writ of habeas corpus (Doc. No. 2) is DISMISSED, without prejudice, and his motion for leave to proceed *in forma pauperis* (Doc. No. 1) is denied as moot.

IT IS SO ORDERED, this 29th day of May, 2020.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE