# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CONRAY CARROLL**  **PETITIONER**
**ADC #110901**

**V.**     **CASE NO. 4:20-CV-531-BRW-BD**

**DEXTER PAYNE, Director,**
**Arkansas Department of Correction**     **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that Conray Carroll's petition for writ of habeas corpus (Doc. No. 2) is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 29th day of May, 2020.

                    Billy Roy Wilson
                    UNITED STATES DISTRICT JUDGE